UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff<br><br>vs.<br><br>Christian Paul Rodarte<br><br>　　　　　Defendant(s) | CRIMINAL NO. 08MJ1320<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,   **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Eugenio Rodriguez - Naranjo

DATED: 5-1-08

　　　　　　　　　　　　　　　　　　　　　　　　NITA L. STORMES
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
　　　　　　　　DUSM

　　　　　　　　　　　　　　　　　　　　　　　　OR

　　　　　　　　　　　　　　　　　　　　　　　　W. SAMUEL HAMRICK, JR.   Clerk
　　　　　　　　　　　　　　　　　　　　　　　　by _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

CLERK'S OFFICE COPY　　　　　　　　　　　　　　　　　　　　　☆ U.S. GPO: 2003-581-774/70062
mc500 Crim-25 rev. 8-95